# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **GABRIEL MORENO, et al.** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | Case No. 1:19cv74 SNLJ |
| ) | |
| **vs.** ) | |
| ) | |
| **MSSM TRANSPORT., INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' motion to compel executed medical authorizations from plaintiffs [#16].  Plaintiffs claim defendants are responsible for injuries they sustained as a result of a motor vehicle accident.  Defendants' counsel has sought authorizations allowing for release of plaintiffs' medical records from certain providers identified in plaintiffs' answers to interrogatories.  On January 1, 2020, plaintiffs' counsel indicated he would work on getting the authorizations executed.  Defendants filed the instant motion on February 12, 2020.  Plaintiffs have not responded or objected in any way.  Thus, to the extent plaintiffs have not yet executed the authorizations, the Court grants defendants' motion.

Accordingly,

IT IS HEREBY ORDERED that defendants' motion to compel executed medical authorizations from plaintiffs [#16] is GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall supply defendant with the executed authorizations within ten days of the date of this Order.

Dated this 22nd day of May, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE